IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEVEL UP HOME PROS, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST FAMILY MUTUAL INSURANCE COMPANY, an Iowa corporation;<br><br>Defendant. | 4:23CV3236<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulated Dismissal with Prejudice. (Filing No. 42.) Having considered the matter, the Court will accept the Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 21st day of March, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge